USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SOL DE JANEIRO USA INC. et al.,

                                    Plaintiffs,

                    -against-

AMERICAN INSTINCT INC.,

                                    Defendant.

-------------------------------------------------------------------X

**ORDER SCHEDULING PRE-
SETTLEMENT TELEPHONE
CONFERENCE**

**25-CV-6268 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 42).  A telephone conference will be held on **Tuesday, January 6, 2026 at 2:00 p.m.** in advance of a settlement conference.  Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

SO ORDERED.

Dated: December 15, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2