

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5900
fzlz@fzlz.com

February 26, 2026

Honorable Jesse M. Furman, USDJ
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Furman:

Pursuant to Your Honor's Individual Practices, Plaintiffs Sol de Janeiro USA Inc. and Sol de Janeiro IP, Inc. ("Sol de Janeiro") respectfully request a stay of all discovery deadlines pending the outcome of the settlement conference currently scheduled for March 16, 2026.

**Procedural Background**

On January 6, 2026, Your Honor extended all discovery deadlines by 60 days (ECF No. 41) to allow the Parties to "focus on settlement in the near term," and referred the case to Judge Parker for mediation. The Parties contacted Judge Parker immediately after securing that extension and referral to schedule a mediation with Judge Parker. During our initial session, the parties and Judge Parker agreed that limited discovery on sales figures would be necessary beforehand. Judge Parker gave Defendant 30 days to produce sales documents to Sol de Janeiro[1] and scheduled the settlement conference for March 16, 2026 (ECF No. 44). Unfortunately, we neglected during that conference with Judge Parker to note that fact discovery is currently set to close on March 27, 2026, only eleven days after the mediation.

**Requested Relief**

We believe that, consistent with Your Honor's original intent, the close of fact discovery should be moved until 60 days after the conclusion of the mediation. This will enable the parties to concentrate their resources in the near term on settlement and avoid the costs of litigation.

**Meet and Confer**

Sol de Janeiro circulated a version of this letter to defense counsel for approval as a joint submission on February 13, 2026. Despite good-faith efforts by defense counsel, he has been unable to reach his client to obtain comment on our request and does not feel empowered to do so without his client's approval. Given the impending deadlines, however, Sol de Janeiro did not want to wait any longer. Defense counsel has not raised any objection to the relief requested.

---

[1] Defendant made such a production on February 6, 2026, in accordance with Judge Parker's instructions.

Honorable Jesse M. Furman, USDJ
February 26, 2026
Page 2

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ John Margiotta*

John P. Margiotta

Application GRANTED in part.  The fact discovery deadline is hereby extended to 30 days after the settlement conference — that is, to **April 15, 2026**.  The pretrial conference scheduled for March 31, 2026 is accordingly ADJOURNED to **April 23, 2026 at 3:30 p.m.**  The Clerk of Court is directed to terminate ECF No. 47.

SO ORDERED.

February 26, 2026